✎GAM 35　　　　　　**Report and Order Terminating Supervised Release**
(Rev. 2/06)　　　　　　　　**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No.   7:17-CR-00006-001  (HL) |
| **CHARLES LEMUEL SMITH** | |

Charles Smith was originally sentenced on November 29, 2017, to 37 months in custody of the Bureau of Prisons, followed by a three-year term of supervised release, after pleading guilty to the offense of Bank Robbery. Smith has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Guide to Judiciary Policy, Volume 8, Part E (Post-Conviction Supervision), Chapter 3 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Smith be discharged from supervision.

Respectfully submitted,

*Vernon D. Bronner*

Vernon D. Bronner
Supervising U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this    5th    day of    May   , 2022.

s/Hugh Lawson
HUGH LAWSON
SENIOR U.S. DISTRICT JUDGE